AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

RICHARD DAVID MORROW,

    Plaintiff,      JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:08-cv-00274-BES-VPC**

HOWARD SKOLNIK, et al.,

    Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is REMANDED to the Sixth Judicial District Court of the State of Nevada.

| | |
|---|---|
| October 8, 2008 | **LANCE S. WILSON** |
| | Clerk |
| | |
| | /s/ P. McDonald |
| | Deputy Clerk |